[No. 73569-1-I.   Division One.   August 15, 2016.]

VICTORY LONNQUIST, *Respondent*, v. PATRICK M. KIBE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-31208-5, Jean A. Rietschel, J., entered May 8, 2015. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 73627-2-I.   Division One.   August 15, 2016.]

MERCEDES PEREZ-MELGOSA, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-36617-7, Dean Scott Lum, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.

[Nos. 74202-7-I; 74203-5-I.   Division One.   August 15, 2016.]

*In the Matter of the Parental Rights to* A.M.M.A.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ANTONIAL MONROE, *Appellant*.

Appeals from a judgment of the Superior Court for Skagit County, No. 15-7-00021-8, Dave Needy, J., entered October 13, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.